COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-13-00864-CV

Style:     HS Tejas, LTD. v. City of Houston

Date motion filed:     January 2, 2014

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee


It is **ordered** that Appellee′s objection to mediation is granted. We withdraw our Mediation Order dated December 23, 2013.

Judge's signature: /s/ Michael Massengale
         x  Acting individually


Date: January 9, 2014

---

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).